Case 09-90761　　Filed 06/04/09　　Doc 33

2009-90761
FILED
June 04, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001872285

Tamie L. Cummins, SBN 254687
LAW OFFICE OF TAMIE L. CUMMINS
1100 14th Street, Suite E
Modesto, California 95354
Telephone: (209) 529-2200
Facsimile: (209) 529-2254

Attorney for Debtors,
ANGELO S. ORTIZ and MARTHA ORTIZ

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## MODESTO DIVISION

| | |
|---|---|
| In re: <br> ANGELO S. ORTIZ <br> and MARTHA ORTIZ <br><br> Debtors, <br> _____/ | CASE NO: 09-90761 <br><br> Chapter 7 Case <br><br> Date:　May 27, 2009 <br> Time:　10:30 a.m. <br> Court:　Honrable Judge Bardwill <br>　　　　1200 I Street, Dept. D <br>　　　　Modesto, CA 95354 |

### FINDINGS AND ORDER AFTER HEARING

　　This matter came on for hearing on May 27, 2009 at 10:30 a.m., in Department D of the United States Bankruptcy Court, located at 1200 I Street, 2nd Floor, Modesto, California, before the Honorable Robert S. Bardwill, United States Bankruptcy Court Judge. The debtors, Angelo S. Ortiz and Martha Ortiz were present and represented by Tamie L. Cummins.

　　The court having considered oral arguments by the movant party and good cause appearing, the court orders as follows:

　　Pursuant to Section 109 (h)(4) of the Bankruptcy Code, the Debtor is physically impaired as to be unable, after reasonable effort, to participate in an in-person, telephone or internet briefing. Motion was granted Pre-Petition Credit Counseling Certificate and Financial Management Counseling Certificate are waived as to Debtor, Angelo Ortiz only.

RECEIVED
June 04, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001872285

Dated: May 28, 2009            **LAW OFFICE OF TAMIE L. CUMMINS**

/s/ Tamie L. Cummins
Tamie L. Cummins, Attorney for Debtors

Dated: June 04, 2009

*Robert Bardwil* (signature)
Robert S. Bardwil, Judge
United States Bankruptcy Court